JUDGE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR04-353C |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND ALLOWING SUBSTITUTION OF CJA COUNSEL |
| vs. | ) | |
| DEVAUGHN DORSEY, | ) | |
| Defendant. | ) | |

The Court, having considered the stipulated motion to withdraw and to substitute CJA counsel based on a conflict of interest, and having reviewed the affidavit of counsel in support of the motion; now, therefore,

IT IS HEREBY ORDERED that Assistant Federal Public Defender Peter J. Avenia and the Office of the Federal Public Defender shall be permitted to withdraw as counsel in this matter, and IT IS FURTHER ORDERED that substitute CJA counsel shall be appointed forthwith as counsel for the defendant.

Done this <u>17th</u> day of May, 2005.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO WITHDRAW AND TO
SUBSTITUTE CJA COUNSEL           -1-