UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVAUGHN DORSEY,<br><br>    Defendant. | CASE NO. CR04-0352C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

IT IS ORDERED that the pending motion to withdraw and for substitution of counsel (Dkt. No. 44) in this matter be REFERRED to United States Magistrate Judge James P. Donohue pursuant to 28 U.S.C. § 636(b)(1) and Local Rules MJR 3 and 4.

DATED this 1st day of May, 2006.

                  BRUCE RIFKIN, Clerk of Court


                  By */s/ C. Ledesma*
                     Deputy Clerk

MINUTE ORDER - 1