# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) **CR04-352 JCC** <br> ) <br> DEVAUGH DORSEY, ) <br> ) <br> Defendant. ) **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The motion of attorney Jesse Cantor to withdraw is hereby GRANTED.

The Court DIRECTS the Criminal Justice Act panel of this district to appoint new counsel to the defendant for purposes of the appeal.

Dated this 18th day of May , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**