UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEVAUGHN CHRISTOPHER DORSEY,<br><br>　　　　　Defendant. | CASE NO. CR04-352-JCC<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 16, 2010. The United States was represented by Sunni Ko, and defendant was represented by Jesse Cantor. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about April 21, 2006 on charges of conspiracy to traffic in stolen motor vehicles, and operating a "chop shop." The Hon. John C. Coughenour of this court sentenced defendant to 84 months in custody (later reduced to 48 months), followed by three years of supervised release.

PROPOSED FINDINGS - 1

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated August 10, 2010, USPO Sara K. Moore alleged that defendant violated the conditions of supervised release by committing new criminal offenses while on supervision, resulting in 2010 convictions, to wit:

    (1)    Conspiracy to traffic in motor vehicle parts (guilty plea);

    (2)    Operating a chop shop (two counts, guilty plea);

    (3)    Trafficking in motor vehicles (16 counts, guilty plea);

    (4)    Witness tampering (jury conviction); and

    (5)    Discharging a firearm during and in relation to a crime of violence (jury conviction).

I advised defendant as to these charges and as to his constitutional rights. In light of the convictions on these offenses, defendant admitted all five alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing.

///

///

///

PROPOSED FINDINGS - 2

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the five respects alleged, and conduct a disposition hearing. The disposition hearing on supervised release violations will be conducted by Chief Judge Lasnik at the same hearing as the sentencing on the new charges. The Clerk has confirmed with the staff for Chief Judge Lasnik that this hearing will be September 24, 2010.

Defendant has been detained pending a final determination by the court.

DATED this 17th day of August, 2010.

          s/ John L. Weinberg
          United States Magistrate Judge

cc:    Sentencing Judges    :    Hon. Robert S. Lasnik
                                    Hon. John C. Coughenour
    Assistant U.S. Attorney    :    Sunni Ko
    Defense Attorney    :    Jesse Cantor
    U. S. Probation Officer    :    Sara K. Moore

PROPOSED FINDINGS - 3