# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEVAUGHN DORSEY, <br><br> Defendant. | Case No. CR04-352RSL <br><br> ORDER |

This matter comes before the Court on a "Stipulated Motion to Renote Third Party Motion to Unseal," Dkt. # 89, filed by defendant and the government. The motion to unseal, Dkt. # 88, was filed by Master Anthony-Jones, a third party, and any stipulations to renote it require assent from Mr. Anthony-Jones. See LCR 7(l) (providing that pending motions may only be renoted upon the moving party's request or "a stipulation signed by all parties").

The Court will instead treat the parties' filing as a motion for extension of time. That request, Dkt. # 89, is GRANTED. The Clerk of Court is directed to renote Mr. Anthony-Jones's motion, Dkt. # 88, on the Court's calendar for June 15, 2018.

DATED this 16th day of May, 2018.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER - 1