The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, et al., <br><br> Plaintiff, <br><br> v. <br><br> DEVAUGHN DORSEY, <br><br> Defendant. | CASE NO. 2:04-CR-352-RSL <br><br> ORDER TO UNSEAL DOCUMENTS |

This matter comes before the Court on the United States' stipulated motion to unseal certain documents relating to Devaughn Dorsey's reduction in sentence: docket entries 38 and 63-69. The Court, having reviewed the motion, and being otherwise fully advised, finds as follows:

1. That the documents were submitted under seal to protect information concerning defendant Devaughn Dorsey.

2. That Dorsey no longer objects to the unsealing of the documents.

3. That the United States also believes there is no longer a reason for the documents to remain sealed.

4. That Master Anthony-Jones, who originally moved for unsealing, also agrees that the documents should be unsealed.

Unsealing Order - 1
US v. Dorsey, 04-CR-353-RSL

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, IT IS ORDERED, that the documents identified as docket entries 38 and 63-68 are unsealed.

Dated this 2nd day of April, 2020.

*MrS Lasnik*
_____
ROBERT S. LASNIK
United States District Judge

Presented by:

 /s/ Teal Luthy Miller
_____
TEAL LUTHY MILLER
Assistant United States Attorney

Unsealing Order - 2
US v. Dorsey, 04-CR-353-RSL

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970